IN THE UNITED STATES DISTRICT COURT
FOR THE SOTHER DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH MOSSERI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIRACLE MOO, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-3414 (JHR) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Joseph Mosseri, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant Miracle Moo, Inc., with prejudice.

Dated: New York, New York
   August 6, 2024

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC**

By: */s/ Adrian Gucovschi*
   Adrian Gucovschi, Esq.

140 Broadway, Fl 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Counsel for Plaintiff*